JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MATHIS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. EDCV 12-0445 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: January 2, 2013

                                              ARTHUR NAKAZATO
                                  UNITED STATES MAGISTRATE JUDGE